UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDMUND HO,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>STATE OF NEVADA,<br><br>　　　　　　　　　Defendant | Case No.  3:23-cv-00066-ART-CLB<br><br>**ORDER** |

**I.    DISCUSSION**

On February 14, 2023, Plaintiff Edmund Ho, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted an application to procced *in forma pauperis*.  (ECF No. 1.)  Plaintiff has not filed a complaint or any other documents with his application to proceed *in forma pauperis*.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.  As such, the Court gives Plaintiff until **April 21, 2023**, to submit a complaint to this Court.

If Plaintiff fails to file a complaint or before **April 21, 2023**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint.  A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint to this Court on or before **April 21, 2023**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint on or before **April 21, 2023**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile

the case with the Court, under a new case number, when Plaintiff is able to file a complaint.

DATED THIS __17th__ day of February 2023.

_____
UNITED STATES MAGISTRATE JUDGE

.